UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GENE ALLEN,<br><br>        Plaintiff<br><br> v.<br><br>AARON FORD,<br><br>        Defendant | Case No. 3:19-cv-00376-MMD-WGC<br><br>ORDER |

**I. DISCUSSION**

  Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint and has filed two incomplete applications to proceed *in forma pauperis*. (ECF Nos. 1, 1-1, 16). On December 4, 2019, this Court denied Plaintiffs incomplete applications to proceed *in forma pauperis* (ECF Nos. 1, 16) and directed Plaintiff to file a fully complete application to proceed in forma pauperis, on the correct form and attach both an inmate account statement for the past six months and a properly executed financial certificate within thirty (30) days. (ECF No. 19). On December 6, 2019, Plaintiff submitted another application to proceed *in forma pauperis*. (ECF No. 20). Plaintiff's application to proceed *in forma pauperis* is incomplete. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. <u>Plaintiff has not submitted an inmate account statement for the past six months</u>. (*See* ECF No. 20). The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted a final opportunity to cure the deficiencies of his application to proceed *in forma pauperis* by filing an inmate account statement for the past six months, or in the alternative, pay the full filing fee for this action. If Plaintiff fails to file an inmate account statement for the past six months, the Court will dismiss the case in its entirety, without prejudice, to file a new case when Plaintiff is able

to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file an inmate account statement for the past six months in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff fails to timely file an inmate account statement for the past six months, the Court will dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

DATED:  December 11, 2019

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE