UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GENE ALLEN,

                                    Plaintiff

        v.

AARON FORD,

                                    Defendant

Case No. 3:19-cv-00376-MMD-WGC

ORDER

## I.    DISCUSSION

On December 11, 2019, this Court ordered Plaintiff to file an inmate account statement for the past six months in compliance with 28 U.S.C. § 1951(a) or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order.  (ECF No. 22 at 2).  On December 17, 2019, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he had not received his inmate account statement for the past six months from the NDOC yet.  (ECF No. 23 at 2). The Court now grants Plaintiff's motion for an extension of time.  Plaintiff shall file an inmate account statement for the past six months in compliance with 28 U.S.C. § 1951(a) or pay the full $400 filing fee on or before **Tuesday, March 17, 2020.**

## II.    CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 23) is granted.

IT IS FURTHER ORDERED that on or before **Tuesday, March 17, 2020**, Plaintiff shall either: (1) file an inmate account statement for the past six months in compliance with 28 U.S.C. § 1951(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that if Plaintiff fails to timely file an inmate account statement for the past six months, the Court will dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to acquire the necessary documents to file a fully complete application to proceed *in forma pauperis*.

DATED:  December 18, 2019

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE